

EXHIBIT "A"
INFORMATION FOR UNITED STATES TRUSTEE'S
FEE AND EXPENSE GUIDELINES
(Formal Wear and Bridal Center, Inc.)
Case No. 14-01159-TLH

I. **INFORMATION ABOUT THE APPLICANT AND APPLICATION.**
The following information must be provided on all applications for compensation and reimbursement of expenses:

1. Date the bankruptcy petition was filed:     07/10/2014 (Doc 1)

   Date the application requesting approval of employment was filed:     07/11/2014 (Doc 7)
   Amended 08/06/2014 (Doc 18)

   Date the order approving employment of applicant was signed:     09/19/2014 (Doc 32)

   Identify of the party represented in this case:     Debtor

   If applicant seeking compensation under a provision of the Bankruptcy Code other than Section 330, state which section:     None

2. Terms and conditions of employment and compensation:     Standard Hourly Rates

   Source of compensation:     Debtor

   Identify the existence and terms controlling the use of any retainer received from any party for providing services in this case:     None

   Identify any budgetary or other limitations on fees:     None as Such

3. Names and hourly rates of applicant's professionals and and paraprofessionals who are requesting compensation:
   Sarah B. Bratton $225
   Traci L. Hossfeld $85
   Ilir Nina $100

   Explanation of any changes in hourly rates:

   Is the requested compensation based on the customary compensation charged by comparably skilled practitioners in cases other than cases under Title 11?     Yes

II. **CASE STATUS.**
(complete for chapter 7 or 11 cases)

A. Amount of cash on hand or in deposit     None

B. Amount and nature of accrued unpaid administrative expenses (include trustee)     None

C. The amount of unencumbered funds in the estate.     Unknown

D. Operating profit or loss, if applicable.     N/A

| | | |
|---|---|---|
| E. | If a chapter 7 case then identify exhibit which contains summary of the administration of the case, including estimated case closure date and if requested, feasibility of interim payment. | N/A |
| F. | If a chapter 11 case then identify exhibit which contains summary discussing if or when a disclosure statement and plan have been filed and whether quarterly fees and monthly financial reports have been paid or filed | **Disclosure Statement has not yet been filed.** **Plan has not yet been filed.** **All quarterly fees and monthly financial reports are paid and filed** |
| II | **PROJECT SUMMARY.** | |
| | Identify each discrete project or task for which compensation or reimbursement of expenses is sought. Each project itemization must include, on a separate attachment: | **See Attached** |
| a. | Description of the project, its necessity and benefit to the estate and the status of the project. | **See Attached** |
| b. | Identification of each person providing billable services on the project. | **See Attached** |
| c. | A statement of the number of hours spent and amount of compensation requested for each professional for each project. | **See Attached** |
| d. | Itemized time and service entries including chronologically listing the date of service, description of service and time spent providing service. | **See Attached** |

EXHIBIT B

# SUMMARY OF FEES CHAPTER 11 CASE
## Martelle, Bratton & Associates Attorney for Debtor Case

|  | Pre-Filing | 1st | 2nd | Total |
|---|---|---|---|---|
| **Fees Previously Requested** | $ 3,507.50 | | | |
| **Fees Previously Awarded** | $ 3,507.50 | | | $ 3,507.50 |
| | | | | |
| **Expenses Previously Requested** | $ 1,717.00 | | | |
| **Expenses Previously Awarded** | $ 1,717.00 | | | $ 1,717.00 |
| | | | Total | $ 5,224.50 |

| | | |
|---|---|---|
| **Fees Paid** | | $ 9,300.00 |
| | **Fees Owed** | $ (4,075.50) |
| | $4,075.50 currently in Trust | |
| **Fees Currently Requested** | | $ 7,723.50 |
| **Expenses Currently Requested** | | $ 105.11 |
| | To be paid $4,075.50 from Trust | |
| | $3,753.11 directly | |

| Fees By Individual | HRS | Rate | Total |
|---|---|---|---|
| Sarah B. Bratton, Partner | 11.2 | $ 225.00 | $ 2,520.00 |
| Traci Hossfeld, Paralegal | 7.1 | $ 85.00 | $ 603.50 |
| Ilir Nina, CPA | 46 | $ 100.00 | $ 4,600.00 |
| | | Total | $ 7,723.50 |



**Martelle, Bratton & Associates, P.A.**

873 E. State St.
Eagle, ID 83616
(208) 938-8500

| Formal Wear & Bridal Center John & Merna Lindley | Date: | 12/5/2014 |
|---|---|---|
| 6501 Ustick | File Number: | 4131/001 |
| Boise ID 83704 | Invoice Number: | |

Re: CHAPTER 11

| Date | Initials | Description of Service | Hours | Amount |
|---|---|---|---|---|
| 07/23/2014 | SBB | Reviewing; B160 Fee/Employment Applications; A107 | 0.30 | 67.50 |
| 07/26/2014 | IN | IN- Worked on the report Saturday 5:00PM to 11:00 PM. | 6.00 | 600.00 |
| 07/27/2014 | IN | IN-Continued to work on the Quick books file to prep the reports. | 4.00 | 400.00 |
| 07/30/2014 | IN | IN Meat With Client 3-6:30 | 3.50 | 350.00 |
| 07/30/2014 | SBB | B110 Case Administration; A105 Communicate (in firm) | 0.40 | 90.00 |
| 07/31/2014 | IN | IN- Meat with Client 10-12:30 and completed the report | 2.50 | 250.00 |
| 07/31/2014 | SBB | Reviewing; B110 Case Administration; A104 Review Analyze | 0.50 | 112.50 |
| 08/01/2014 | TLH | B110 Case Administration; A111 Other | 1.00 | 85.00 |
| 08/04/2014 | SBB | Reviewing; B150 Meetings of and Communications with Creditors; | 1.00 | 225.00 |
| 08/04/2014 | SBB | Reviewing; B150 Meetings of and Communications with Creditors; | 2.00 | 450.00 |
| 08/08/2014 | SBB | BK 341 MTG - Formal Wear & Bridal Center, Inc. -; B150 Meetings | 1.50 | 337.50 |
| 08/16/2014 | IN | IN- Worked the first monthly report. Worked on a Saturday from 7 | 6.00 | 600.00 |
| 08/17/2014 | IN | IN- Completed the Report worked from 10:am to 2 Pm | 4.00 | 400.00 |
| 08/18/2014 | SBB | Reviewing; B160 Fee/Employment Applications; A101 Plan and | 1.50 | 337.50 |
| 08/18/2014 | SBB | B250 Real Estate; A104 Review Analyze | 0.30 | 67.50 |
| 08/19/2014 | SBB | Reviewing; B100 Administration; A108 Communicate (other | 0.20 | 45.00 |
| 08/27/2014 | SBB | B110 Case Administration; A104 Review Analyze | 0.40 | 90.00 |
| 08/27/2014 | TLH | B110 Case Administration; A111 Other | 0.50 | 42.50 |
| 08/27/2014 | TLH | B110 Case Administration; A111 Other | 0.40 | 34.00 |
| 08/27/2014 | TLH | B110 Case Administration; A111 Other | 0.30 | 25.50 |
| 09/11/2014 | SBB | Reviewing; B160 Fee/Employment Applications; A103 Draft/revise | 0.40 | 90.00 |
| 09/11/2014 | SBB | Reviewing; B240 Tax Issues; A108 Communicate (other external) | 0.30 | 67.50 |
| 09/12/2014 | IN | IN-I stoped at Johns office up fro 9-11 as I downloaded banking | 2.00 | 200.00 |
| 09/12/2014 | SBB | Reviewing; B160 Fee/Employment Applications; A111 Other | 0.10 | 22.50 |
| 09/17/2014 | TLH | Consultation with; B110 Case Administration; A111 Other | 0.40 | 34.00 |
| 09/19/2014 | IN | IN-Prepared report 6pm to 11pm. Friday | 5.00 | 500.00 |
| 09/20/2014 | IN | IN- Contenued working on the report Saturday 8:00 am to 11:00 | 3.00 | 300.00 |
| 09/21/2014 | IN | IN- Meat with John at the office for some clarification and | 2.00 | 200.00 |
| 10/17/2014 | IN | IN- Went to johns office to download all the bank transactions and | 1.50 | 150.00 |
| 10/18/2014 | IN | IN- Worked on the report from 1pm to 7pm on a statuary | 6.00 | 600.00 |
| 10/20/2014 | IN | IN- Today i printed the report and meat with Client here | 0.50 | 50.00 |
| 10/22/2014 | SBB | John Lindley -; B210 Business Operations; A106 Communicate | 0.80 | 180.00 |
| 11/03/2014 | TLH | B110 Case Administration; A110 Manage data/files | 1.00 | 85.00 |
| 11/04/2014 | TLH | B110 Case Administration; A110 Manage data/files | 1.00 | 85.00 |
| 11/05/2014 | TLH | B110 Case Administration; A110 Manage data/files | 1.00 | 85.00 |
| 11/21/2014 | SBB | Reviewing; B110 Case Administration; A106 Communicate (with | 0.30 | 67.50 |
| 11/24/2014 | SBB | Reviewing; B100 Administration; A106 Communicate (with client) | 0.90 | 202.50 |
| 11/24/2014 | SBB | Reviewing; B110 Case Administration; A106 Communicate (with | 0.20 | 45.00 |
| 11/24/2014 | SBB | Reviewing; B110 Case Administration; A110 Manage data/files | 0.10 | 22.50 |
| 12/03/2014 | TLH | B110 Case Administration; A110 Manage data/files. | 1.50 | 127.50 |
| | | **Total Fee Hrs.** | **64.30** | **$7,723.50** |

**Time Summary**

| Initials | Rate | Hours | Amount |
|---|---|---|---|

|     |        |       |          |
|-----|--------|-------|----------|
| IN  | 100.00 | 46.00 | 4,600.00 |
| SBB | 225.00 | 11.20 | 2,520.00 |
| TLH | 85.00  | 7.10  | 603.50   |
|     |        |       | 7,723.50 |

**Expenses**

| Date | Description | Amount |
|------|-------------|--------|
| 08/04/2014 | Printing/Mailing COS Affidavit of No Documents | 12.06 |
| 08/04/2014 | Printing/Mailing COS Amended Application to Employ | 24.66 |
| 08/06/2014 | E108 Postage Mailed client standard 341 Meeting | 0.69 |
| 08/14/2014 | PACER Fee to pull documents for COS. | 2.20 |
| 11/03/2014 | E108 Postage. Printing/Mailing July 2014 MOR to | 16.74 |
| 11/04/2014 | E108 Postage. Printing/Mailing September 2014 | 19.74 |
| 11/05/2014 | E108 Postage. Printing/Mailing August 2014 Monthly | 13.10 |
| 12/03/2014 | E108 Postage. Printing / Mailing October 2014 | 15.92 |

**Total Expenses** $105.11

**TOTAL NEW CHARGES** $7,828.61

**STATEMENT OF ACCOUNT**

| | |
|---|---|
| Current Charges | 7,828.61 |
| Trust Account | -4,075.50 |
| **AMOUNT DUE AND OWING TO DATE** | **$3,753.11** |

**100 &110 Administrative Matters**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 7/30/2014 | SBB | B110 Case Administration; A105 Communicate (in firm)<br>sbb-rev reports and issues w/IN to get everything completed today. | 0.40 | 90.00 |
| 7/31/2014 | SBB | Reviewing; B110 Case Administration; A104 Review Analyze<br>sbb-rev info w/client and IN, rev what we still needed and emailed JC@UST to discuss | 0.50 | 112.50 |
| 8/01/2014 | TLH | B110 Case Administration; A111 Other<br>TLH:   Prepared and Filed with the Court through ECF, Affidavit Statement Under Penalty of Perjury for documents not available at the time of filing.   Filed with the Court through ECF, Amended Application to Employ and Amended Affidavit in Support of Application to Employ. Uploaded all said documents to Cos.com and will prepare COS once received. | 1.00 | 85.00 |
| 8/19/2014 | SBB | Reviewing; B100 Administration; A108 Communicate (other external)<br>sbb-rev file and respond to JC@UST | 0.20 | 45.00 |
| 8/27/2014 | SBB | B110 Case Administration; A104 Review Analyze<br>sbb-rev necessary amendments and explained to client why we had to list the FDBA, also disc other amendments | 0.40 | 90.00 |
| 8/27/2014 | TLH | B110 Case Administration; A111 Other<br>TLH:   Amended Petition and Schedules.   Met with client to review amended Petition and Schedules and obtain client signature. | 0.50 | 42.50 |
| 8/27/2014 | TLH | B110 Case Administration; A111 Other<br>TLH:   Filed Amended Petition, Amended Schedules B, D, & H, Signature Pages, and Amended Declaration of Schedules SigPage with the Court through ECF. | 0.40 | 34.00 |
| 8/27/2014 | TLH | B110 Case Administration; A111 Other<br>TLH:   Filed Balance Sheet, Income Statement, Cash Flow Statement, and 2013 Corporation Income Tax Return with the Court through ECF as a Supplement to the filed Petition. | 0.30 | 25.50 |
| 9/17/2014 | TLH | Consultation with; B110 Case Administration; A111 Other<br>TLH:   Removed Attorney information from Proposed Order to Employ and submitted said Proposed Order to Judge. | 0.40 | 34.00 |
| 1/03/2014 | TLH | B110 Case Administration; A110 Manage data/files<br>TLH:   Redacted July 2014 Monthly Operating Report. Filed said Report with the Court through ECF. | 1.00 | 85.00 |
| 1/04/2014 | TLH | B110 Case Administration; A110 Manage data/files<br>TLH:   Redacted August 2014 Monthly Operating Report. Filed said Report with the Court through ECF.   Provided copy of said Report to Trustee and client. | 1.00 | 85.00 |
| 1/05/2014 | TLH | B110 Case Administration; A110 Manage data/files<br>TLH:   Redacted September 2014 Monthly Operating Report.   Filed said Report with the Court through ECF. Mailed copy of said Report to Trustee and client. | 1.00 | 85.00 |
| 1/21/2014 | SBB | Reviewing; B110 Case Administration; A106 Communicate (with client) | 0.30 | 67.50 |
| 1/24/2014 | SBB | Reviewing; B100 Administration; A106 Communicate (with client)<br>sbb-discussed fees, discussed process moving forward and options. What does he want to do in the long run. | 0.90 | 202.50 |
| 1/24/2014 | SBB | Reviewing; B110 Case Administration; A106 Communicate (with client)<br>sbb-rev info and email client | 0.20 | 45.00 |
| 1/24/2014 | SBB | Reviewing; B110 Case Administration; A110 Manage data/files<br>sbb-had JSW send returns to BC@IRS | 0.10 | 22.50 |
| 2/03/2014 | TLH | B110 Case Administration; A110 Manage data/files. | 1.50 | 127.50 |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | TLH: Redacted October 2014 Monthly Operating Report. Filed said Report with the Court through ECF. Emailed Trustee and stated same. Mailed Trustee a copy of said Report. |  |  |
|  |  | **Our Fee** |  | **$1,278.50** |

### 150 Meetings of and Communication with Creditors

| Date | Who | Description | Hours | Amount |
|---|---|---|---|---|
| 8/04/2014 | SBB | Reviewing; B150 Meetings of and Communications with Creditors; A104 Review Analyze<br>sbb-rev file and information in preparation for pre-341 meeting today | 1.00 | 225.00 |
| 8/04/2014 | SBB | Reviewing; B150 Meetings of and Communications with Creditors; A109 Appear for/attend<br>sbb-travel and attend pre-341 meeting at client business location. Major items came up that will need dealt with (see file hand-notes on items needed) | 2.00 | 450.00 |
| 8/08/2014 | SBB | BK 341 MTG - Formal Wear & Bridal Center, Inc. -; B150 Meetings of and Communications with Creditors; A109 Appear for/attend<br>sbb-rev file, travel and attend 341 hearing. Met with clients after to discuss process from here | 1.50 | 337.50 |
|  |  | **Our Fee** |  | **$1,012.50** |

### 160 Fee Applications and Employment Applications

| Date | Who | Description | Hours | Amount |
|---|---|---|---|---|
| 7/23/2014 | SBB | Reviewing; B160 Fee/Employment Applications; A107 Communicate (other outside counsel)<br>sbb-rev file and email from UST. Had TLH file amended SOFA | 0.30 | 67.50 |
| 8/18/2014 | SBB | Reviewing; B160 Fee/Employment Applications; A101 Plan and Prepare for<br>sbb-rev and made notes for hearing on employment today. Travel (1-way) and attend hearing | 1.50 | 337.50 |
| 9/11/2014 | SBB | Reviewing; B160 Fee/Employment Applications; A103 Draft/revise<br>sbb-draft proposed order and sent to DN@UST for approval | 0.40 | 90.00 |
| 9/12/2014 | SBB | Reviewing; B160 Fee/Employment Applications; A111 Other<br>sbb-recvd sig on order to employ from UST, sent to orders TLM | 0.10 | 22.50 |
|  |  | **Our Fee** |  | **$517.50** |

### 210 Business Operations

| Date | Who | Description | Hours | Amount |
|---|---|---|---|---|
| 0/22/2014 | SBB | John Lindley -; B210 Business Operations; A106 Communicate (with client)<br><br>sbb-rev file and met with client to discuss options and process from here. | 0.80 | 180.00 |
|  |  | **Our Fee** |  | **$180.00** |

### Accounting and Monthly Operating Reports

| Date | Who | Description | Hours | Amount |
|---|---|---|---|---|
| 7/26/2014 | IN | IN- Worked on the report Saturday 5:00PM to 11:00 PM. | 6.00 | 600.00 |
| 7/27/2014 | IN | IN-Continued to work on the Quick books file to prep the reports. 9AM to 1:00 PM on a Sunday | 4.00 | 400.00 |
| 7/30/2014 | IN | IN Meat With Client 3-6:30 | 3.50 | 350.00 |
| 7/31/2014 | IN | IN- Meat with Client 10-12:30 and completed the report | 2.50 | 250.00 |
| 8/16/2014 | IN | IN- Worked the first monthly report. Worked on a Saturday from 7 am to 1pm | 6.00 | 600.00 |
| 8/17/2014 | IN | IN- Completed the Report worked from 10:am to 2 Pm | 4.00 | 400.00 |

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 9/12/2014 | IN | IN-I stoped at Johns office up fro 9-11 as I downloaded banking info in to his QB for formal and bridal for report perpetration | 2.00 | 200.00 |
| 9/19/2014 | IN | IN-Prepared report 6pm to 11pm. Friday | 5.00 | 500.00 |
| 9/20/2014 | IN | IN- Contenued working on the report Saturday 8:00 am to 11:00 | 3.00 | 300.00 |
| 9/21/2014 | IN | IN- Meat with John at the office for some clarification and completed the report. Sunday today. John backdated the report to Saturday the 20th. I was not thinking I just told him to put the 20th but it today is the 21. | 2.00 | 200.00 |
| 0/17/2014 | IN | IN- Went to johns office to download all the bank transactions and classify. | 1.50 | 150.00 |
| 0/18/2014 | IN | IN- Worked on the report from 1pm to 7pm on a statuary | 6.00 | 600.00 |
| 0/20/2014 | IN | IN- Today i printed the report and meat with Client here | 0.50 | 50.00 |
| | | **Our Fee** | | **$4,600.00** |

**240 Tax issues**

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 9/11/2014 | SBB | Reviewing; B240 Tax Issues; A108 Communicate (other external)<br>sbb-rev file and emailed B@IRS<br>It is my understanding that these were filed at the end of Ju | 0.30 | 67.50 |
| | | **Our Fee** | | **$67.50** |

**250 Real Estate**

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 8/18/2014 | SBB | B250 Real Estate; A104 Review Analyze<br>sbb-rev f/c info, called and it appears they cancelled as opposed to post-poning | 0.30 | 67.50 |
| | | **Our Fee** | | **$67.50** |

**300 & 320 Plan and Disclosure Statement**

| | | **Our Fee** | | **$0.00** |
|---|---|---|---|---|
| | | **Total Fees** | | **$7,723.50** |

**NON-TAXABLE EXPENSES:**

**Expenses**

| Date | Description | Amount |
|---|---|---|
| 08/04/2014 | Printing/Mailing COS Affidavit of No Documents Statement Under Penalty of Perjury<br>Printing Costs: 36 X .10 = 3.60<br>Postage Costs: 18 at the 1oz rate  = 8.46 | 12.06 |
| 08/04/2014 | Printing/Mailing COS Amended Application to Employ Counsel and Affidavit in Support of Amended Application to Employ Counsel<br>Printing Costs: 162 X .10 = 16.20<br>Postage Costs: 18 at the 1oz rate  = 8.46 | 24.66 |
| 08/06/2014 | E108 Postage Mailed client standard 341 Meeting Reminder Letter, Bankruptcy Information Sheet, and 341 Questions. | 0.69 |
| 08/14/2014 | PACER Fee to pull documents for COS.<br>22 Pages X .10 = 2.20 | 2.20 |
| 11/03/2014 | E108 Postage.   Printing/Mailing July 2014 MOR to Trustee and client.<br>Printing:  54 pages x .10 x 2 = 10.80<br>Printing:  2 pages x .10 = .20<br>Postage:  2 x 2.87 = 5.74 | 16.74 |
| 11/04/2014 | E108 Postage.  Printing/Mailing September 2014 Monthly Operating Report to Trustee and Client.<br>Printing:  57 pages x .10 x 2 = 11.40<br>Printing: 6 pages x .10 x 2 = 1.20 | 19.74 |

|            |                                                                                                                                                                                              |        |
|------------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|--------|
|            | Printing: 7 pages x .10 x 2 = 1.40<br>Postage:  2 x 2.87 = 5.74                                                                                                                              |        |
| 11/05/2014 | E108 Postage.  Printing/Mailing August 2014<br>Monthly Operating Report to Trustee and Client.<br>Printing:  41 pages x .10 x 2 = 8.20<br>Postage:  2 x 2.45 = 4.90                          | 13.10  |
| 12/03/2014 | E108 Postage. Printing / Mailing October 2014<br>Monthly Operating Report to Trustee and Client.<br>Printing:  18 pages x .10 = 1.80<br>Printing:  44 pages x 2 x .10 = 8.80<br>Postage:  2 = 5.32 | 15.92  |
|            | **Total Expenses**                                                                                                                                                                           | **$105.11** |