**100 &110 Administrative Matters**

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 01/06/2015 | SBB | B110 Case Administration; A104 Review Analyze sbb-rev file, met with client to go over process from here and possible options for plan and how to structure. Rev financial current and prospective and whether selling or keeping property is best. Disc other alternatives to reorganize. | 0.80 | 180.00 |
| 01/26/2015 | SBB | B110 Case Administration; A102 Research sbb-research and review options for substantive consolidation or Joint administration. (time split evenly between FW and DYLM); | 1.00 | 225.00 |
| 01/28/2015 | TLH | B110 Case Administration; A110 Manage data/files. TLH:   Redacted December 2014 Monthly Operating Report.   Filed said Report with the Court through ECF.   Mailed copy of said Report to Trustee and to client. | 1.00 | 85.00 |
| 02/17/2015 | SBB | B110 Case Administration; A101 Plan and Prepare for sbb-rev file and information, made notes and prepare for status hearing this afternoon. | 0.50 | 112.50 |
| 02/23/2015 | TLH | B110 Case Administration; A110 Manage data/files. TLH:   Redacted and filed January 2015 Monthly Operating Report with the Court through ECF. Mailed copy of said Report to Trustee and client. Entered Postage / Mailing expenses into Amicus Billing. | 0.50 | 42.50 |
| 04/02/2015 | SBB | B100 Administration; A104 Review Analyze Sbb-had bnk call client with info and schedule pc if client needed | 0.10 | 22.50 |
| 04/22/2015 | TLH | B110 Case Administration; A110 Manage data/files. TLH:   Filed March 2015 Small Business Monthly Operating Report with the Court through ECF. | 0.30 | 25.50 |
| 04/29/2015 | TLH | B110 Case Administration; A103 Draft/revise. TLH:   Drafted Description and History of Debtor's Business | 1.00 | 85.00 |
| 04/29/2015 | TLH | B110 Case Administration; A103 Draft/revise. TLH:   Drafted Insiders of the Debtor by reviewing in detail every Monthly Operating Report. | 2.00 | 170.00 |
| 05/08/2015 | TLH | B110 Case Administration; A103 Draft/revise Cover Letters and Ballots. TLH:   Prepared Cover Letters, Class 2, 3, & 4 Ballots. | 2.50 | 212.50 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 05/19/2015 | TLH | B110 Case Administration; A110 Manage data/files.<br>TLH:   Redacted and filed April 2015 Small Business Monthly Operating Report. | 0.70 | 59.50 |
| 06/10/2015 | TLH | B110 Case Administration; A103 Draft/revise.<br>TLH:   Prepared Ballot Summary and filed said Summary with the Court through ECF. | 0.50 | 42.50 |
| 06/10/2015 | TLH | B110 Case Administration; A110 Manage data/files.<br>TLH:   Filed DIP Pre-Hearing Report on Confirmation of Plan. | 0.30 | 25.50 |
| 06/11/2015 | TLH | B110 Case Administration; A103 Draft/revise.<br>TLH:   Prepared Withdrawal of Objection to Claim #4 and filed said Withdrawal with the Court through ECF. | 0.50 | 42.50 |
| 06/11/2015 | TLH | Consultation with; B110 Case Administration; A103 Draft/revise.<br>TLH:   Filed Motion to Extend and Motion to Shorten with the Court through ECF. | 0.30 | 25.50 |
| 06/12/2015 | SBB | B100 Administration; A106 Communicate (with client) sbb-rev file and spoke with clients about where things are and what we need to do for Monday | 0.50 | 112.50 |
| 06/25/2015 | TLH | B110 Case Administration; A103 Draft/revise.<br>TLH:   Amended Exhibits A - H with appropriate attachments and filed said Amended Exhibits with the Court through ECF. | 0.50 | 42.50 |
| 06/26/2015 | TLH | B110 Case Administration; A103 Draft/revise.<br>TLH:   Prepared Ballots for mailing to all classes and letters. | 5.00 | 425.00 |
| 07/28/2015 | TLH | B110 Case Administration; A103 Draft/revise.<br>TLH:   Final editing of Pre-Confirmation Report and Ballot Summary Report. | 1.00 | 85.00 |
| 07/28/2015 | TLH | B110 Case Administration; A103 Draft/revise.<br>TLH:   Prepared Ballot Summary and provided to SBB. | 0.40 | 34.00 |
| 07/28/2015 | TLH | B110 Case Administration; A111 Other.<br>TLH:   Filed Ballot Summary with the Court through ECF. | 0.20 | 17.00 |
| 07/29/2015 | TLH | B110 Case Administration; A111 Other.<br>TLH:   Filed with the Court through ECF, Chapter 11 Pre-Confirmation Report and attached Ballot Summary. | 0.20 | 17.00 |
| 08/03/2015 | TLH | B110 Case Administration; A110 Manage data/files.<br>TLH:   Redacted and filed June 2015 Small Business Monthly Operating Report with the Court through | 0.50 | 42.50 |

ECF.

| | | | Total | 20.30 hours | $2,131.50 |
|---|---|---|---|---|---|
| | | **140 Relief from Stay/Adequate Protection Proceedings** | | | |
| 01/27/2015 | SBB | B140 Relief from Stay/Adequate Protection Proceedings; A104 Review Analyze<br>sbb-rev MFRS in detail, rev file and what we have. Had BJ set apt for client to come in and review options with me. | | 0.80 | 180.00 |
| 01/30/2015 | SBB | Sbb- B140 Relief from Stay/Adequate Protection Proceedings; A106 Communicate (with client)met with client and spoke to client about MFRS and options moving forward. Discussed 2 separate plans of action they need to decide which way to go. Do they want to consolidate and make it work or do they want to surrender. ; | | 1.40 | 315.00 |
| 02/02/2015 | SBB | B140 Relief from Stay/Adequate Protection Proceedings; A106 Communicate (with client) sbb-clients owner would like to try and save both sides of building, need to file an objection to MFRS and objection to POC as well as mtn to consolidate | | 0.30 | 67.50 |
| 02/04/2015 | SBB | Reviewing; B140 Relief from Stay/Adequate Protection Proceedings; A106 Communicate (with client)<br>sbb-rev file and met with client owners to discuss the MFRS, and other issues with Bayview. They would prefer to keep both sides of building and consolidate the cases together in order to sell the building as one unit. Discussed the possibility of this and the potential outcomes, discussed what happens if MFRS is granted and they will need to shut down or convert to chp 7 or move to a different location. | | 0.80 | 180.00 |
| 02/06/2015 | SBB | B140 Relief from Stay/Adequate Protection Proceedings;   A107 Communicate (other outside counsel)<br>sbb-rev file and issues and responded to DN@UST (email re:MFRS objecting, proposing a plan, fees ect.) see email on file | | 0.40 | 90.00 |
| 02/07/2015 | SBB | B140 Relief from Stay/Adequate Protection Proceedings; A102 Research<br>sbb-rev MFRS, researched case law and information to draft objection (spent approximately 6 hours) | | 3.00 | 675.00 |
| 02/08/2015 | SBB | B140 Relief from Stay/Adequate Protection Proceedings; A103 Draft/revise<br>sbb-rev info and began drafting obj and aff in support as well as arguments for brief or hearing spent over 6 | | 3.00 | 675.00 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | hours | | |
| 02/09/2015 | SBB | B140 Relief from Stay/Adequate Protection Proceedings; A103 Draft/revise<br>sbb-rev file and research, drafted obj to stay releif arguments, rev and prepare exhibits, edit obj. Filed and mailed. Need hearing date and file NOH. (app 6 hours spent today) | 3.00 | 675.00 |
| 02/09/2015 | SBB | B140 Relief from Stay/Adequate Protection Proceedings; A107 Communicate (other outside counsel)<br>sbb-rev file and info on MFRS, emailed MS@RCO regarding what they believe adequate protection would be.<br>I am preparing an objection to the MFRS. I wanted to touch basis with you and determine what your client would be willing to accept as adequate protection. At this time my client would not be proposing to make the entire payment because the property is appreciating in value, and therefore your client is not losing any value on its claim. | 0.60 | 135.00 |
| 02/10/2015 | SBB | B140 Relief from Stay/Adequate Protection Proceedings; A103 Draft/revise<br>sbb-communicate w/M@TLM and MS@RCO re:hearing date, drafted NOH, filed and mailed | 0.40 | 90.00 |
| 02/20/2015 | SBB | B140 Relief from Stay/Adequate Protection Proceedings; A106 Communicate (with client)<br>sbb-met with client to discuss moving forward and issues w/lender. Discussed what may work for adequate protection and what would work moving forward with plan, discussed difference of 2 issues. Disc amount of claim and other issues still occurring. Disc other items as far as moving forward. | 0.60 | 135.00 |
| 02/23/2015 | SBB | B140 Relief from Stay/Adequate Protection Proceedings; A107 Communicate (other outside counsel)<br>sbb-rev file and emails from MS@BayView spoke to him regarding remaining issues on MFRS and POC, he is waiting on approval from client for adequate protection. Will need to figure out value and appreciation issues but other issues should now be resolved (once he amends MFRS and POC). | 0.60 | 135.00 |
| 02/23/2015 | SBB | B140 Relief from Stay/Adequate Protection Proceedings; A109 Appear for/attend<br>sbb-travel and attend prelim on MFRS, set for April 15 if not resolved prior, spoke w/MS@BayView briefly | 0.50 | 112.50 |

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 03/04/2015 | SBB | B140 Relief from Stay/Adequate Protection Proceedings; A106 Communicate (with client) sbb-rev info and email to client I received the below email from the attorney for Bayview. We need to know if you believe the payment could be made at $3,600 for the time being? I think this is a very good solution to allow us time to get everything set out in a plan and move forward with the chapter 11. Please let me know if this payment works for you and if you need to discuss the matter please call my office and schedule a phone conference. | 0.20 | 45.00 |
| 03/04/2015 | SBB | B140 Relief from Stay/Adequate Protection Proceedings; A107 Communicate (other outside counsel) sbb-rev email from MS atty Bayview, resp Let me follow up with my client and see if that will work. The escrow should be going down from information I have received the insurance amount will be less at renewal (sometime this month) than it has in the past, however I don't have any documentation on that to date. I will suggest that they make the $3,600 and will let you know as soon as I have an answer from them. | 0.30 | 67.50 |
| 03/05/2015 | SBB | B140 Relief from Stay/Adequate Protection Proceedings; A106 Communicate (with client) sbb-rev file and info, called and disc options with client on moving forward. Emailed atty bayview They will agree to that. Can you draft up the stipulation? Additionally be advised that the escrow amount should be going down, it is our understanding that the tax amount is about $3K less than previous years and the insurance amount is around $5K less. Not sure if you client has these new figures calculated in yet or not.<br><br>My clients only concern is still the issue with the amount owed on the loan because we have some wildly differing amounts. I informed him that would be the next issue we address. I believe you stated you would file an amended POC but I have not seen anything on that yet, let me know when/if you do. | 0.40 | 90.00 |
| 04/03/2015 | SBB | B140 Relief from Stay/Adequate Protection Proceedings; A104 Review Analyze sbb-rev issues and email from UST, called and disc why I do not believe a mtn for cash collateral is neccessary, and that it is only ongoing insurance and taxes being paid, in an agreement from the MFRS and obj to same. Spoke to MS@RCO, rev the stip | 0.40 | 90.00 |

and order, signed and returned.

| | | | | Total | 16.70 hours | $3,757.50 |
|---|---|---|---|---|---|---|

**160 Fee Applications and Employment Applications, and 170 Objections to**

| Date | Staff | Description | Hours | Amount |
|---|---|---|---|---|
| 01/15/2015 | SBB | B160 Fee/Employment Applications; A103 Draft/revise<br>sbb-corrected concerns on fee app, update fee app and attachments. Emailed D@UST. Had TLH get account balance and file docs and mail through cos.com | 1.10 | 247.50 |
| 02/06/2015 | SBB | B170 Fee/Employment Objections; A104 Review Analyze<br>sbb-rev email from DN@UST and rev obj to fee app made detailed notes and emailed DN@UST to explain some of the issues further. Emailed clarification on other issues and suggestions to resolve some of the issues in the objection. See email on file | 0.90 | 202.50 |
| 02/17/2015 | SBB | B170 Fee/Employment Objections; A103 Draft/revise<br>sbb-further rev of UST obj, drafted response with info details to Ts objections, filed and prepared for hearing. (2 hours total) | 1.00 | 225.00 |
| 02/25/2015 | SBB | B160 Fee/Employment Applications; A103 Draft/revise<br>sbb-drafted proposed order on fees and sent to DN@UST | 0.50 | 112.50 |

| | | | Total | 3.50 hours | $787.50 |
|---|---|---|---|---|---|

**Accounting and Monthly Operating Reports**

| Date | Staff | Description | Hours | Amount |
|---|---|---|---|---|
| 12/19/2014 | IN | IN- Traveled to client's place of business and met with client. From 9am to 9:30am. Downloaded QuickBooks, and picked up bank statements. Reconciled the data from bank statements to QuickBooks, cleaned the QuickBooks, and made sure the data and QuickBooks aligned completely. From 10am to 11:30am. Transfer the banking information to banking worksheets and filled out the report. 12pm to 1:15pm. Did bankruptcy reconciliation and bank summary reports. From 1:30pm to 2:15pm. Traveled to client's place of business and got signatures. From 2:30pm to 3pm. | 4.50 | 450.00 |
| 01/19/2015 | IN | Traveled to client's place of business and met with client. From 9:30am to 10am. Downloaded | 4.60 | 460.00 |

| Date | Type | Description | Hours | Amount |
|---|---|---|---|---|
| | | QuickBooks, and picked up bank statements. Reconciled the data from bank statements to QuickBooks, cleaned the QuickBooks, and made sure the data and QuickBooks aligned completely. From 11am to 12:30pm. Transfer the banking information to banking worksheets and filled out the report. 1pm to 2:36pm. Did bankruptcy reconciliation and bank summary reports. From 3pm to 3:45pm. Meat with client for review and signature From 4pm to 4:30pm. | | |
| 02/18/2015 | IN | IN- Worked from 5am to 8.25Am Check bank statements against QuickBooks file. Reconciled banking. Worked on bankruptcy reports from bank statements.   On 2/17/2015 Traveled to client's place of business and met with client. Downloaded the quick books 9:30-10:15 | 4.00 | 400.00 |
| 02/19/2015 | IN | IN-I meat with client for Review and signature and put the report together. Printed the report. From 1pm to 2:20pm | 1.30 | 130.00 |
| 03/15/2015 | IN | IN- Traveled to client's place of business and met with client. From 9:30am to 10:50am. Downloaded QuickBooks, and picked up bank statements. Complication with the quick books download | 1.30 | 130.00 |
| 03/16/2015 | IN | IN-Continued at five AM the next morning until 8:43 AM. Bank reconciliation checks listing banking summary. Reconciled the data from bank statements to QuickBooks, cleaned the QuickBooks, and made sure the data and QuickBooks aligned completely. Transfer the banking information to banking worksheets and filled out the report. Meat with client for review and signature From latter that day | 3.80 | 380.00 |
| 03/26/2015 | IN | IN-The report format had changed and Tracy asked me to transfer the data and calculate the figures differently than the old report. I had done a report that was for larger business and now we should use the report for small business from 10am to 11:24am | 1.40 | 140.00 |
| 04/16/2015 | IN | IN- Traveled to client's place of business and met with client. From 9:30am to 10:20am. Downloaded QuickBooks, and picked up bank statements | 0.90 | 90.00 |
| 04/17/2015 | IN | IN- Reconciled the data from bank statements to QuickBooks, cleaned the QuickBooks, and made sure the data and QuickBooks aligned completely. From 1pm to 2:55pm. Transfer the banking information to banking worksheets and filled out the report. | 2.00 | 200.00 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 04/20/2015 | IN | IN- Meat with John and printed the report | 0.80 | 80.00 |
| 05/18/2015 | IN | IN-Traveled to client's place of business and met with client. From 9:30am to 10:30 am. Downloaded QuickBooks, and picked up bank statements | 1.00 | 100.00 |
| 05/19/2015 | IN | IN- Reconciled the data from bank statements to QuickBooks, cleaned the QuickBooks, and made sure the data and QuickBooks aligned completely. From 11am to 1:30pm | 2.50 | 250.00 |
| 05/19/2015 | IN | IN- Transfer the banking information to banking worksheets and filled out the report 6Am-7:00. Meat with client for review and signature From 3pm to 3:30pm. | 1.50 | 150.00 |
| 06/17/2015 | IN | IN- Traveled to client's place of business and met with client. From 9:30am to 10:20 am. Downloaded QuickBooks, and picked up bank statements | 0.80 | 80.00 |
| 06/19/2015 | IN | IN- Reconciled the data from bank statements to QuickBooks, cleaned the QuickBooks, and made sure the data and QuickBooks aligned. From 2pm to 4:30pm | 2.30 | 230.00 |
| 06/20/2015 | IN | IN- Transfer the banking information to banking worksheets and filled out the report. 10am-11:10am | 1.20 | 120.00 |
| 07/29/2015 | IN | IN- Traveled to client's place of business and met with client. From 9:30am to 10am. Downloaded QuickBooks, and picked up bank statements | 0.50 | 50.00 |
| 07/31/2015 | IN | IN- I Reconciled the data from bank statements to QuickBooks, cleaned the QuickBooks, and made sure the data and QuickBooks aligned completely. From 1pm to4:30pm. Transfer the banking information to banking worksheets and filled out the report. Traveled to client's place of business and got signatures. From 4:30pm to 4:50pm | 3.80 | 380.00 |
|  |  | **Total** | **38.20 hours** | **$3,820.00** |

### 240 Tax issues

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 02/17/2015 | SBB | B240 Tax Issues; A104 Review Analyze sbb-rev Notice of state tax lien unpaid for period 4/30/14. Will need to include same in plan | 0.20 | 45.00 |
|  |  | **Total** | **0.20 hours** | **$45.00** |

### 310 Claims Administration and Objections

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 02/09/2015 | SBB | B310 Claims Administration and Objections; A103 Draft/revise<br>sbb-rev info and draft obj to POC, filed same | 1.10 | 247.50 |
| | | **Total** | **1.10 hours** | **$247.50** |

**300 & 320 Plan and Disclosure Statement**

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 04/03/2015 | SBB | B320 Plan and Disclosure Statement (including Business Plan; A106 Communicate (with client) sbb-rev file, pc w/client and discussed options with plan, options to sell now, impact and feasibility of selling, disc opt of dismissing or converting or staying in 11 and surrendering property. Client to come into office next week to determine final course of action | 0.60 | 135.00 |
| 04/06/2015 | SBB | B320 Plan and Disclosure Statement (including Business Plan; A106 Communicate (with client) sbb-rev file and met with clients, answered questions about issues in proceeding. Discussed benefits and drawbacks of keeping vs surrendering and from a financial aspect which would be best. List of items needed for client to make informed decision, and need to discuss with Bayview attorney | 1.20 | 270.00 |
| 04/09/2015 | SBB | B320 Plan and Disclosure Statement (including Business Plan; A106 Communicate (with client) sbb-spoke with client about how they want to proceed, rev next steps, made notes to draft plan | 0.40 | 90.00 |
| 04/10/2015 | SBB | B320 Plan and Disclosure Statement (including Business Plan; A102 Research sbb-researched deadlines and how to conditionally approve disclosure, researched specific plan/disclosure provisions and information needed | 0.80 | 180.00 |
| 04/10/2015 | SBB | B320 Plan and Disclosure Statement (including Business Plan; A103 Draft/revise sbb-rev file and information, drafted outline of disclosure and plan. Emailed client for info I will need from them by next week. Drafted proposed order conditionally approving disclosure | 1.80 | 405.00 |
| 04/20/2015 | SBB | B320 Plan and Disclosure Statement (including Business Plan; A103 Draft/revise sbb-continued drafting plan | 1.20 | 270.00 |
| 04/23/2015 | SBB | B320 Plan and Disclosure Statement (including Business Plan; A103 Draft/revise<br><br>sbb-continued drafting plan and disclosure statement | 2.50 | 562.50 |

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 04/28/2015 | SBB | B320 Plan and Disclosure Statement (including Business Plan; A103 Draft/revise<br>sbb-rev file and continued drafting disclosure statement, had bnk set a pc with client. | 2.20 | 495.00 |
| 04/28/2015 | SBB | B320 Plan and Disclosure Statement (including Business Plan; A107 Communicate (other outside counsel)<br>sbb-rev file and information, emailed MS@RCO<br>I am preparing to file the disclosure and plan. I wanted to touch basis with your prior to filing it to see if you have any insight or opinion on your clients view of this case.<br>addl email redacted for simplicity | 0.40 | 90.00 |
| 04/29/2015 | SBB | B320 Plan and Disclosure Statement (including Business Plan; A103 Draft/revise<br>sbb-got hearing date, drafted proposed conditional order on disclosure and sent to DN@UST | 0.50 | 112.50 |
| 04/29/2015 | SBB | B320 Plan and Disclosure Statement (including Business Plan; A103 Draft/revise<br>sbb-rev all information, revised plan and disclosures, gathered attachments and summarized. Finalized plan and disclosure and filed with court | 3.20 | 720.00 |
| 04/29/2015 | SBB | B320 Plan and Disclosure Statement (including Business Plan; A106 Communicate (with client)<br>sbb-rev file, met with client for review of disclosure statement and plan. Discussed relevant information and provisions of the plan. Rev treatement of claims in detail and specifcially moving forward on secured claim and treatment of that.<br>Discussed process and what to expect from here. | 1.20 | 270.00 |
| 05/08/2015 | SBB | B320 Plan and Disclosure Statement (including Business Plan; A103 Draft/revise<br>sbb-rev order from court, mailed disc, plan and attachment along w/order to all ecf participants via cos.com<br><br>sbb-drafted ballots for classes entitled to vote, drafted letter to those receiving ballots, drafted letter to those not receiving ballots had tlh finalize and mail letters w/ballots | 1.20 | 270.00 |
| 05/08/2015 | SBB | B320 Plan and Disclosure Statement (including Business Plan; A107 Communicate (other outside counsel)<br>sbb-rev and resp to email from DYLM counsel<br>So the creditor wouldn't agree to waive the pre-payment penalty date, but they are agreeable to | 0.30 | 67.50 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | favorable terms for everything else. Therefore the property likely wouldn't sell until after December 2017. If they attempt to sell before that they can do so but will have to pay the pre-payment penalty and interest. ADDL INFO REDACTED. | | |
| 06/09/2015 | SBB | B320 Plan and Disclosure Statement (including Business Plan; A104 Review Analyze sbb-rev ballots and 2 objections to confirmation, spoke with client about options, spoke w/MS@RCO a potential settlement. Rev info and resp to DN@UST does appear we may need an amended plan not sure what the issue is on the ISTC. Made notes of what needs done and how to go from here. | 1.30 | 292.50 |
| 06/10/2015 | SBB | B300 Claims and Plan; A101 Plan and Prepare for sbb-rev information, drafted pre-confirmation report that plan not confirmable. Heard from creditor atty they will accept offer. Need to review other issues and amend pre-confirmation report and get filed with changes to be included in the order that should resolve all issues. | 2.00 | 450.00 |
| 06/10/2015 | SBB | B320 Plan and Disclosure Statement (including Business Plan sbb-rev issues and researched options | 1.50 | 337.50 |
| 06/11/2015 | SBB | B320 Plan and Disclosure Statement (including Business Plan; A102 Research sbb-issue to confirmation and can we still get confirmed. Saturday is 45 day deadline, but hearing is Monday, no way to extend deadline at this point, will need to amend pre-confirmation report to include changes in order to resolve all objections | 2.00 | 450.00 |
| 06/11/2015 | SBB | B320 Plan and Disclosure Statement (including Business Plan; A102 Research sbb-researched extending deadline to confirm and doing so on ex-parte to hold hearing on Monday otherwise it can't be granted. | 2.50 | 562.50 |
| 06/11/2015 | SBB | B320 Plan and Disclosure Statement (including Business Plan; A103 Draft/revise sbb-drafted motions related to extending deadline to confirm and doing so on ex-parte to hold hearing on Monday | 1.00 | 225.00 |
| 06/11/2015 | SBB | B320 Plan and Disclosure Statement (including Business Plan; A106 Communicate (with client) sbb-rev file and called client to discuss extending deadline to confirm and doing so on ex-parte to hold hearing on Monday otherwise it can't be granted. | 0.40 | 90.00 |

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 06/12/2015 | SBB | B320 Plan and Disclosure Statement (including Business Plan; A101 Plan and Prepare for<br>sbb-rev file and prepared for hearing on Monday | 1.00 | 225.00 |
| 06/15/2015 | SBB | B320 Plan and Disclosure Statement (including Business Plan; A101 Plan and Prepare for<br>sbb-rev everything and prepare for hearing today, drafted and sent order extending | 0.50 | 112.50 |
| 06/15/2015 | SBB | B320 Plan and Disclosure Statement (including Business Plan; A102 Research<br>sbb-continued to research options to get case continued | 2.00 | 450.00 |
| 06/15/2015 | SBB | B320 Plan and Disclosure Statement (including Business Plan; A106 Communicate (with client)<br>sbb-rev file and met with clients to go through what we are looking at today | 0.50 | 112.50 |
| 06/15/2015 | SBB | B320 Plan and Disclosure Statement (including Business Plan; A109 Appear for/attend<br>sbb-travel and attend hearing, given no opposition Judge granted motion to extend need to get everything done ASAP to meet deadlines | 0.80 | 180.00 |
| 06/23/2015 | SBB | B320 Plan and Disclosure Statement (including Business Plan; A103 Draft/revise<br>sbb-drafted amended disclosure and plan | 1.20 | 270.00 |
| 06/24/2015 | SBB | B320 Plan and Disclosure Statement (including Business Plan; A103 Draft/revise<br>sbb-finalized amended disclosure and plan. Spoke to client, had TLH file same. Finalized order conditionally approving and sent to TLM orders. Gave TLH instructions for mailing once order comes through | 1.80 | 405.00 |
| 07/27/2015 | SBB | B320 Plan and Disclosure Statement (including Business Plan; A103 Draft/revise<br>sbb-rev file and began drafting pre-confirmation report | 1.00 | 225.00 |
| 07/28/2015 | SBB | B320 Plan and Disclosure Statement (including Business Plan; A103 Draft/revise<br><br>sbb-drafted ballot summary per LBR, drafted pre-confirmation report. Rev and corrected report. Had TLH rev for any issues | 2.50 | 562.50 |
| 08/03/2015 | SBB | BK CONF HRG - Formal Wear (John Lindley) -; B320 Plan and Disclosure Statement (including Business Plan; A109 Appear for/attend<br>sbb-rev file, made notes, travel and attend | 2.50 | 562.50 |

confirmation hearing

|  |  |  |
|---|---|---|
| Total | 42.00 hours | $9,450.00 |

|  |  |  |
|---|---|---|
| Total Fees | 122.00 hours | $20,239.00 |

**NON-TAXABLE EXPENSES:**

**Expenses**

| | | |
|---|---|---|
| 01/15/2015 | E108 Postage.   Printing / Mailing COS Notice Amended 1st Application<br>Printing Costs: 184 X .10 = 18.40<br>Postage Costs: 23 at the 1oz rate   = 10.81 | 29.21 |
| 01/28/2015 | E108 Postage.   Printing / Mailing December 2014 Monthly Operating Report.<br>Printing:   34 pgs x .10 x 2 = 6.80<br>Postage:   1 @ 2.45 & 1 @ 2.24   = 4.69 | 11.49 |
| 02/23/2015 | E108 Postage.   Printing / Mailing January 2015 Monthly Operating Report.<br>Printing:   33 Pages x 2 x .10 = 6.60<br>Printing:   7 Pages x .10 = .70<br>Postage:   2.45 + 2.24 = 4.69 | 11.99 |
| 03/27/2015 | E108 Postage.   Mailed Trustee and Client a copy of February 2015 Small Business Monthly Operating Report. | 2.22 |
| 04/22/2015 | E108 Postage.   Printing / Mailing March 2015 Small Business Monthly Operating Report.<br>Printing:   13 Pages x .10 = 1.30<br>Printing:   23 Pages x .10 x 2 = 4.60<br>Postage:   2.24 + 1.82 = 4.06 | 9.96 |
| 05/12/2015 | E108 Postage.   Printing / Mailing COS Order Conditionally Approving Disclosure Statement, Hearing, Etc.<br>Printing Costs: 1848 X .10 = 184.80<br>Postage Costs: 24 at the 4oz rate   = 38.64<br>Postage Costs: 20 at .49 = 9.80 | 233.24 |
| 05/19/2015 | E108 Postage.   Printing / Mailing April 2015 Small Business Monthly Operating Report.<br>Printing:   15 Pgs x .10 x 2 = 3.00<br>Printing:   9 Pgs x .10 x 2 = 1.80<br>Postage:   2 = 3.43 | 8.23 |
| 06/24/2015 | E108 Postage.   Printing / Mailing May 2015 Small Business Monthly Operating Report.<br>Printing:   10 Pages x .10 = 1.00 | 7.01 |

|  |  |  |
|---|---|---|
|  | Printing:  15 Pages x .10 x 2 = 3.00 |  |
|  | Postage:  2 = 3.01 |  |
| 06/26/2015 | E108 Postage.  Mailed Ballots, Etc.<br>Postage: 20 x .485 | 9.70 |
| 06/26/2015 | E108 Postage.  Printing / Mailing COS Amended Disclosure Statement and Plan.<br>Printing Costs: 1840 X .10 = 184.00<br>ECF Costs:  14.60<br>Postage Costs: 23 at the 4oz rate   = 37.72 | 236.32 |
| 08/03/2015 | E108 Postage.  Printing / Mailing June 2015 Small Business Monthly Operating Report.<br>Printing:   15 X 3 X .10 = 4.50<br>Postage:   1.86 + 1.64 = 3.50 | 8.00 |
|  | **Total Expenses** | **$567.37** |