# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| In Re: | CHAPTER 11 |
| **FORMAL WEAR AND BRIDAL CENTER, INC.**<br>**dba PERFORMANCE ATTIRE**<br>**dba L & L RENTAL**<br>**fdba FBC CONSTRUCTION** | Case No. 14-01159-TLM |
| Debtor(s). | |

## PROPOSED ORDER CLOSING CASE

It appearing to the Court that the estate of the above named Debtor has been fully administered, Motion to Close Case having been served on all parties as required, and there having been no objection to closing this case, IT IS ORDERED THAT the Chapter 11 case of the above-named Debtors is CLOSED.

//END OF TEXT//

DATED:  December 11, 2015

TERRY L. MYERS
CHIEF U. S. BANKRUPTCY JUDGE

Submitted By:

Dated:  December 8, 2015

/s/  Sarah B. Bratton
Sarah B. Bratton
Attorney for Debtor

1

Approved as to Form By:

Dated:  December 8, 2015

**/s/  Approved by Email**
David W. Newman
Counsel for the U.S. Trustee

2